**JS - 6/ENTER**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SHON YOKELY,

    Petitioner,

v.

ANTHONY HEDGEPETH,

    Respondent.

Case No. CV 10-6539-GAF (MLG)

JUDGMENT

IT IS ADJUDGED that the Motion for Appointment of Counsel is DENIED without prejudice.

Dated: October 14, 2010

_____
Gary A. Fees
United States District Judge